UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:22-CR-00178(1)-ADA |
| | § | |
| (1) COREY ALONZO BROWN | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause. On September 28, 2023 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) COREY ALONZO BROWN, which alleged that Brown violated a condition of his supervised release and recommended that Brown's supervised release be revoked (Clerk's Document No. 2). A warrant issued and Brown was arrested. On October 23, 2023, Brown appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set..

Brown appeared before the magistrate judge on October 31, 2023, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on October 31, 2023, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense

and the intervening conduct of Brown, the magistrate judge recommends that this court revoke Brown supervised release but Defendant is to be released on time served, with one (1) year of supervised release to follow. The Defendant shall be placed on electronic monitoring for a period of 120 days with a curfew from 10 p.m. to 7 a.m., submit to search requests as required by his probation officer, and submit to substance abuse treatment and testing as directed by his probation officer (Clerk's Document No. 14).

    A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass'n,* 79 F.3d 1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

    On October 31, 2023, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation Of United States Magistrate Judge (Clerk's Document No. 13). The court, having reviewed the entire record and finding no plain error, accepts

and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 14 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) COREY ALONZO BROWN's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) COREY ALONZO BROWN is to be released on TIME SERVED, with one (1) year of supervised release to follow. The Defendant shall be placed on electronic monitoring for a period of 120 days with a curfew from 10 p.m. to 7 a.m., submit to search requests as required by his probation officer, and submit to substance abuse treatment and testing as directed by his probation officer.   All prior conditions of supervised release are reimposed.

Signed this 1st day of November, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE